IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAJESTY IBAY GALI,                                      No. C 05-04473 SI

        Petitioner,                           **ORDER TO SHOW CAUSE**

  v.

ALBERTO R. GONZALEZ, et al.,

        Respondents.
                                          /

Majesty Ibay Gali has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Gali's petition states that he has been ordered removed by the Board of Immigration Appeals, and that he is currently seeking review of the order of removal at the Ninth Circuit Court of Appeals. Gali's petition states that he is currently detained at an Immigration detention facility in Eloy, Arizona. Gali alleges that he has been detained for more than six months, and that because his removal is not immediately foreseeable, his continued detention violates 8 U.S.C. § 1231(a)(6) and 8 C.F.R. § 241.4.

The Court concludes that the petition warrants a response from respondent.[1] Respondent must file and serve upon petitioner, on or before **February 1, 2006**, an answer showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the administrative proceedings that are relevant to a determination of the issues presented in the petition. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondent on or before **February 22, 2005**.

If the parties wish to modify this schedule, they may do so by joint stipulation. If, after review of the

---

[1] The Court issued an Order to Show cause on November 7, 2005. That order was apparently never served on respondent. **Counsel for petitioner is ordered to serve a copy of this Order to Show Cause on respondent <u>on or before January 9, 2006.</u>**

parties' answer and traverse, the Court determines that oral argument is necessary, the Court shall so notify the parties.

**Petitioner's counsel shall serve a copy of this order upon respondent on or before January 9, 2006.**

**IT IS SO ORDERED.**

Dated: January 3, 2006

SUSAN ILLSTON
United States District Judge