LAW OFFICE OF
MARTIN RESENDEZ GUAJARDO
A Professional Corporation
555 Clay Street
San Francisco, California  94111
Telephone:  (415) 398-3852

Attorney for Petitioner:

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJESTY IBAY GALI,              )<br>                                                  )<br>           Petitioner,              )<br>                                                  )<br>      v.                                      )<br>                                                  )<br>ALBERTO GONZALES, Attorney General, )<br>MICHAEL CHERTOFF, Secretary of the  )<br>Department of Homeland Security       )<br>                                                  )<br>           Respondents.           )<br>_____) | Case No. C 05-4473 SI<br><br><br><br><br>JOINT STIPULATION TO<br>DISMISS PETITION FOR<br>WRIT OF HABEAS CORPUS |

  A Writ of Habeas Corpus was filed in the above-entitled case on November 3, 2005 with the United States District Court challenging Majesty Ibay Gali's detention by the Department of Homeland Security. Petitioner, by and through his attorney of record, and Respondents, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to the dismissal of this habeas corpus petition.  Each party will bear their own costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: February 22, 2006        /s/MARTIN RESENDEZ GUAJARDO
                                Martín Resendez Guajardo
                                Attorney for Petitioner


                                KEVIN RYAN
                                United States Attorney


Dated: February 22, 2006        /s/ILA C DEISS
                                Ila C. Deiss
                                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAJESTY IBAY GALI, | ) | Case No. C 05-4473 SI |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, Attorney General, | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER** (proposed)

In accordance with the parties' stipulation, Petitioner's petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED.**

Dated: _____

SUSAN ILLSTON
U.S. District Court Judge